McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES (SBN 215629)
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2766
Facsimile: (916) 554-2900
Email: todd.pickles@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. BELLAND and LILLIAN J. BELLAND,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | No. 2:07-cv-00991-RRB-EFB<br><br>**STIPULATION TO CONTINUE CERTAIN PRETRIAL DATES; ORDER THERETO** |

Defendant the United States of America and Plaintiffs Mark and Lillian Belland, through their respective counsel, hereby submit the following stipulation to continue certain pretrial dates.

**<u>Recitals</u>**

1.    On August 7, 2007, this Court's Status (Pre-trial Scheduling) Order set the following dates for the completion of discovery, including expert discovery, dispositive motions, and trial:

| | |
|---|---|
| Expert Disclosures: | January 11, 2008 |
| Discovery Cut off: | April 25, 2008 |
| Dispositive Motions: | June 11, 2008 (hearing on July 9, 2008) |

1

|   |   |   |
|---|---|---|
| Pre-Trial Conference: | September 12, 2008 |
| Trial | December 1, 2008 |

2. Due to the unavailability of counsel for Defendant in November 2007 due to training and attention to other pending cases, and the number of fact witnesses to be deposed, the parties believe it is likely that many fact witnesses will not be deposed until after the expert disclosures set for January 11, 2008.

3. The parties believe it will conserve time and resources, and is otherwise in the interests of justice, to complete as many fact depositions as possible prior to expert disclosures.

## Stipulation

Accordingly, based upon the foregoing, the parties hereby STIPULATE that:

1. The date for **expert disclosures** shall be continued from January 11, 2008, to **February 28, 2007**;

2. The date for **supplemental expert disclosures** and **disclosure of rebuttal experts** shall be continued from February 8, 2008 to **March 28, 2008**;

3. The date for **completion of all discovery** shall be continued from April 25, 2008 to **June 13, 2008**;

4. The last date to **file dispositive motions** shall be continued from June 11, 2008 to **July 1, 2008**. Any dispositive motions filed shall be noticed for a hearing before the Court at the date and time set by the Court; and

5. All remaining pretrial dates shall remain as set by the Court in its August 7, 2007 Status (Pre-trial Scheduling) Order.

1   IT IS SO STIPULATED.
2
3   DATED: October 18, 2007_____McGREGOR W. SCOTT
                                         United States Attorney
4
5                                              /s/
                              By   _____
6                                    TODD A. PICKLES
                                     Assistant United States Attorney
7                                    Attorneys for Defendant
                                     the United States of America
8
9   DATED: October 18, 2007_____RAWLS & McNELIS PC
10
                                               /s/
11                            By   _____
                                     JOHN D. McCHESNEY
12                                   Attorneys for Plaintiffs
                                     Mark and Lillian Belland
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  **ORDER**

2  Having read and considered the parties' Stipulation to Continue Certain Pretrial Dates,
3  and for good cause showing, IT IS HEREBY ORDERED THAT:

4  1.  The dates for completion of discovery, including expert discovery, shall be
5  **CONTINUED** to the dates set forth above; and

6  2.  The date for filing dispositive motions shall be **CONTINUED** to the date set
7  forth above. Any dispositive motions filed shall be heard by this Court on August 6, 2008 at
8  10:00 a.m..

9  3.  All remaining pretrial dates set by this Court's August 7, 2007 Status (Pre-trial
10 Scheduling Order) shall remain **UNCHANGED**.

11 IT IS SO ORDERED.

13 Date: October 18, 2007          /s/ Ralph R. Beistline
                                  Honorable Ralph R. Beistline
14                                District Court Judge
                                  U.S. District Court for Eastern District of California

# CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on October 12, 2007, she served a copy of**;**

**STIPULATION TO CONTINUE CERTAIN PRETRIAL DATES; [PROPOSED] ORDER THERETO**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.
Addressee(s):

John D. McChesney, Esq.
Rawls & McNelis PC
1111East Main ST.  Suite 1701
Richmond, VA.  23219

                                          /s/ Karen James
                                          Karen James
                                          Legal Assistant