McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES (SBN 215629)
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2766
Facsimile: (916) 554-2900
Email: todd.pickles@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MARK E. BELLAND and LILLIAN J. BELLAND, | No. 2:07-cv-00991-RRB-EFB |
|---|---|
| Plaintiffs, | |
| v. | **STIPULATION TO PARTICIPATE IN AN EARLY SETTLEMENT CONFERENCE AND WAIVER OF DISQUALIFICATION OF MAGISTRATE JUDGE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Defendant the United States of America and Plaintiffs Mark and Lillian Belland, through their respective counsel, hereby submit the following stipulation to participate in an early settlement conference and to waive any disqualification of the selected magistrate judge to further involvement in the case.

**Recitals**

1.  The parties have actively litigated the matter, including propounding and responding to written discovery.  The parties also have planned to take numerous depositions in the matter, beginning the week of January 21, 2008.  The parties anticipate litigation will also involve significant expert witness testimony.

2. Based upon discussions between the parties, the parties believe participation in an early settlement conference is appropriate at this stage of the litigation.

3. Counsel for Plaintiffs is located in Richmond, Virginia, and counsel for Plaintiffs has limited availability in January 2008 and early February 2008 due to attention to other matters. Accordingly, the parties' availability for an early settlement conference is limited. The week of January 21, 2008, is presently available to counsel to the parties.

4. The deadline for expert disclosures is presently set for February 28, 2008. To the extent that the matter does not resolve at the early settlement conference, the parties will need sufficient time to depose important fact witnesses and to prepare expert reports. This further limits the time period in which an early settlement conference can occur without the Court continuing certain of the pretrial dates.

5. The parties acknowledge that should the matter not be resolved, there is a possibility that certain matters, including discovery motions, may be submitted to a magistrate judge for resolution, and that the same magistrate judge may have conducted the settlement conference.

### **Stipulation**

Accordingly, based upon the foregoing, the parties hereby STIPULATE that:

1. The parties shall participate in an early settlement conference before a magistrate judge determined by this Court.

2. The parties request that the settlement conference be set for the week of January 21, 2008, in light of the availability of counsel and the parties and the pretrial dates in this matter.

3. The parties agree to waive any claim to disqualify the selected magistrate judge from further involvement in this case, including ruling on any discovery motions or other matters properly submitted to the magistrate judge.

1 | IT IS SO STIPULATED.

2

3 | DATED: December 17, 2007      McGREGOR W. SCOTT
                                  United States Attorney
4

5                                         /s/
                             By  _____
6                                TODD A. PICKLES
                                 Assistant United States Attorney
7                                Attorneys for Defendant
                                 the United States of America
8

9 | DATED: December 17, 2007      RAWLS & McNELIS PC

10

11                                        /s/
                             By  _____
12                               JOHN D. McCHESNEY
                                 Attorneys for Plaintiffs
13                               Mark and Lillian Belland

**ORDER**

Having read and considered the parties' Stipulation to Participate in an Early Settlement Conference and Waiver of Disqualification of Magistrate Judge, and for good cause showing, IT IS HEREBY ORDERED THAT the parties shall appear at a settlement conference before a Magistrate Judge .

IT IS SO ORDERED.

Date:  December 17, 2007        /s/ Ralph R. Beistline
                                Honorable Ralph R. Beistline
                                District Court Judge
                                U.S. District Court for Eastern District of California