IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK E. BELLAND and
LILLIAN J. BELLAND,

      Plaintiffs,                   No. CIV S-07-0991 RRB/EFB

      vs.

UNITED STATES OF AMERICA,     <u>ORDER RE SETTLEMENT & DISPOSITION</u>

      Defendant.
_____/

      Pursuant to the representations of counsel for the parties at a Settlement Conference conducted in Chambers on January 25, 2008, the court has determined that the above-captioned case has settled.

      The court now orders that dispositional documents are to be filed not later than sixty (60) days from the date of this order.

      All hearing dates heretofore set in this matter are **VACATED.**

      SO ORDERED.

DATED: January 25, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE