McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2766
Facsimile: (916) 554-2900
Email: todd.pickles@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. BELLAND and LILLIAN J. BELLAND,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:07-cv-00991-RRB-EFB<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

### **STIPULATION OF DISMISSAL**

Pursuant to the terms of a written compromise settlement and release of federal tort claims act claims under 28 U.S.C. § 2677, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Local Rule 16-160 of the U.S. District Court for the Eastern District of California, the parties hereby stipulate that the above-captioned action by Plaintiffs Mark and Lillian Belland against Defendant the United States of America shall be dismissed <u>with prejudice</u>, and that each party shall bear their own costs and fees.

IT IS SO STIPULATED.

DATED: _____, 2008          McGREGOR W. SCOTT
                                     United States Attorney

                            By  /
                                TODD A. PICKLES
                                Assistant United States Attorney
                                Attorneys for Defendant
                                the United States of America

DATED: _____, 2008          RAWLS & McNELIS PC

                            By
                                JOHN D. McCHESNEY
                                Attorneys for Plaintiffs
                                Mark and Lillian Belland

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED THAT, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and for good cause showing, this case is DISMISSED WITH PREJUDICE. Each party shall bear their own costs and fees. The clerk of the Court shall close the file.

IT IS SO ORDERED.

Date: 03/07/2008               /s/ Ralph R. Beistline
                                Honorable Ralph R. Beistline
                                District Court Judge
                                U.S. District Court for Eastern District of California